| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF VIRGINIA |
| Case number *(if known)* _____ Chapter  11 |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | VP Construction, LLC |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 46-1221457 |
| **4.** | **Debtor's address** | **Principal place of business**<br>2160 N. Glebe Rd., Suite A<br>Arlington, VA 22207-2263<br>Number, Street, City, State & ZIP Code<br><br>Arlington<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  VP Construction, LLC                                    Case number (*if known*)
           Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 2

Debtor  VP Construction, LLC  
<span style="font-size:smaller">Name</span>

Case number (*if known*)

Debtor   VP Construction, LLC                                              Case number (*if known*)
     Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?**   _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes.   Insurance agency _____
  Contact name _____
  Phone _____

---

■  **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  VP Construction, LLC                                     Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  December 17, 2020
             MM / DD / YYYY

**X** /s/ Karl Timothy vanVonno                         Karl Timothy vanVonno
Signature of authorized representative of debtor          Printed name

Title  President

**18. Signature of attorney**

**X** /s/ Steven B. Ramsdell,                           Date  December 17, 2020
Signature of attorney for debtor                              MM / DD / YYYY

Steven B. Ramsdell, 33222
Printed name

Tyler, Bartl & Ramsdell, PLC
Firm name

300 N. Washington St.
Suite 310
Alexandria, VA 22314
Number, Street, City, State & ZIP Code

Contact phone  (703) 549-5000     Email address

33222 VA
Bar number and State

**Fill in this information to identify the case:**

Debtor name: VP Construction, LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number (if known):

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  December 17, 2020    X /s/ Karl Timothy vanVonno
                                    Signature of individual signing on behalf of debtor

                                    Karl Timothy vanVonno
                                    Printed name

                                    President
                                    Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: VP Construction, LLC
United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Andrew Krug<br>5605 4th St. S.<br>Arlington, VA 22204 | | Construction contract/pending lawsuit | Unliquidated Disputed | | | $43,000.00 |
| Ariana Papanicolas<br>1806 E. Third St.<br>Farmville, VA 23901 | | Personal loan/pending lawsuit | | | | $50,000.00 |
| Builder Services Group, Inc.<br>d/b/a Davenport Insulation<br>7400 Gateway Ct.<br>Manassas, VA 20109-7312 | | Pending lawsuit | Unliquidated Disputed | | | $24,781.86 |
| Builders Insulation CWI Holdings<br>615 Falmourth St.<br>Warrenton, VA 20186 | | Subcontract | | | | $39,000.00 |
| Carter Lumber<br>P.O. Box 40<br>Kent, OH 44240-0001 | | Subcontract | | | | $257,000.00 |
| Deborah Papanicolas<br>4881 Wheatstone Dr.<br>Fairfax, VA 22032 | | Personal loans/pending lawsuit | | | | $250,000.00 |
| Eric & Erin McNett<br>5947 8th Rd. N.<br>Arlington, VA 22205 | | Pending lawsuit | Unliquidated Disputed | | | $55,070.00 |
| HDS Drywall Service, Inc.<br>43760 Trade Center Pl.<br>Suite 150<br>Sterling, VA 20166-2188 | | Subcontract | | | | $31,000.00 |
| Jason & Chandra Olson<br>5165 11th St. S.<br>Arlington, VA 22204 | | Construction contract | | | | $12,500.00 |

Debtor  VP Construction, LLC  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Michael & Sara Grawe<br>5721 5th St. N.<br>Arlington, VA 22205 | | Construction contract/pending lawsuit | Unliquidated Disputed | | | $300,000.00 |
| Ming Yun Zhao<br>22 Arden St.<br>Berlin, MD 21811 | | Investment | | | | $45,000.00 |
| Nissan Motor Acceptance<br>P.O. Box 660366<br>Dallas, TX 75266-0366 | | Deficiency balance remaining after repossession of 2018 Nissan Titan SV (Black) | | | | $39,638.73 |
| Paintworx<br>45687 Elmwood Ct.<br>Sterling, VA 20166 | | Subcontract | | | | $80,000.00 |
| Reade Bush<br>5849 N. 21st St.<br>Arlington, VA 22205 | | Arbitration suit | Unliquidated Disputed | | | $350,000.00 |
| Salvatore & Natalie D'Itri<br>221-217 N. Galveston St.<br>Arlington, VA 22203 | | Construction contract/pending lawsuit | Unliquidated Disputed | | | $101,200.00 |
| Small Business Administration<br>14925 Kingsport Rd.<br>Fort Worth, TX 76155-2243 | | EIDL loan | | | | $123,000.00 |
| Thomas & Ellen Boyd<br>5706 6th St. N.<br>Arlington, VA 22205 | | Construction contract | Unliquidated Disputed | | | $36,200.00 |
| Tyler Papanicolas<br>4881 Wheatstone Dr.<br>Fairfax, VA 22032 | | Personal loan/pending lawsuit | | | | $40,000.00 |
| Waypoint Cabinets/American<br>3102 Shawnee Dr.<br>Winchester, VA 22601 | | Supplier | | | | $11,430.87 |
| Wesley Smiler<br>2016 N. Adams St., Apt. 802<br>Arlington, VA 22201 | | Promissory note/pending lawsuit | | | | $50,000.00 |

# United States Bankruptcy Court
### Eastern District of Virginia

In re: VP Construction, LLC

Debtor(s)

Case No.

Chapter: 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Karl Timothy vanVonno<br>2006 Pony Island Ln.<br>Berlin, MD 21811 | | 100% | Sole member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: December 17, 2020

Signature: /s/ Karl Timothy vanVonno
Karl Timothy vanVonno

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Ally
P.O. Box 380901
Bloominton, MN 55438

American Express
P.O. Box 1270
Newark, NJ 07101-1270

Andrew Krug
5605 4th St. S.
Arlington, VA 22204

Andrew S. Kasmer, Esq.
4020 University Dr., Suite 501
Fairfax, VA 22030

Anne Arundel Waste Water
P.O. Box 427
Annapolis, MD 21404-0427

Ariana Papanicolas
1806 E. Third St.
Farmville, VA 23901

Arlington County
2100 Clarendon Blvd.
Suite 215
Arlington, VA 22201

Arthur T. K. Norris, Esq.
11130 Farifax Blvd.
Suite 310
Fairfax, VA 22030

Beacon Roofing/The Roof Center
P.O. Box 418527
Boston, MA 02241-8527

Bean Kinney & Korman PC
Attn: Samuel J. Banks, Esq.
2300 Wilson Blvd., 7th Fl.
Arlington, VA 22201

```
BGE
P.O. Box 1475
Baltimore, MD 21203


Brett Petit
5412 N. Carlin Springs Rd.
Arlington, VA 22203


Brian & Danielle Quarles
8 N. Madison St.
Arlington, VA 22203


Brian Sain
5716 8th Rd. N.
Arlington, VA 22205


Builder Services Group, Inc.
d/b/a Davenport Insulation
7400 Gateway Ct.
Manassas, VA 20109-7312


Builders Insulation
CWI Holdings
615 Falmourth St.
Warrenton, VA 20186


Carter Lumber
P.O. Box 40
Kent, OH 44240-0001


Christopher S. Young, Esq.
Business & Tech Law Group
6310 Hillside Ct., Suite 160
Columbia, MD 21046


City of Fairfax
Parking Enforcement Center
P.O. Box 2085
Tarrytown, NY 10590-9085


CMI Credit Mediators, Inc.
P.O. Box 456
Upper Darby, PA 19082
```

Cook Craig & Francuzenko, PLLC
Attn: Philip C. Krone, Esq.
3050 Chain Bridge Rd. #200
Fairfax, VA 22030


David & Christine Joy
51 S. Edison St.
Arlington, VA 22204


David & Lauren Gornish
2000 S. Lowell St.
Arlington, VA 22204


DC Treasurer
P.O. Box 2014
Washington, DC 20013-2014


Deborah Papanicolas
4881 Wheatstone Dr.
Fairfax, VA 22032


Dunlap Bennett & Ludwig PLLC
Attn: George A. Hawkins, Esq.
8300 Boone Blvd., Suite 550
Vienna, VA 22182


Eric & Erin McNett
5947 8th Rd. N.
Arlington, VA 22205


Executive Law Partners, PLLC
Attn: Milton C. Johns, Esq.
4000 Legato Rd., Suite 1100
Fairfax, VA 22033


Fitzgerald Properties
1447-G1 Dolley Madison Blvd.
McLean, VA 22101


Fullerton & Knowles, P.C.
Attn: Kavita S. Knowles, Esq.
12642 Chapel Rd.
Clifton, VA 20124

```
Gabriel Construction, LLC
3050 Chain Bridge Rd.
Suite 200
Washington, DC 20030


HDS Drywall Service, Inc.
43760 Trade Center Pl.
Suite 150
Sterling, VA 20166-2188


Henry & O'Donnell, P.C.
Attn: Kevin M. O'Donnell, Esq.
300 N. Washington St., #204
Alexandria, VA 22314


Hilton Perreira
4406 Elan Pl.
Annandale, VA 22003


James Lester, Esq.
5922 Sunderleigh Dr.
Sunderland, MD 20689


Janet Presswood
117 S. Irving St.
Arlington, VA 22204


Jason & Chandra Olson
5165 11th St. S.
Arlington, VA 22204


Jason & Rebecca Harrington
1634 N. Buchanan St.
Arlington, VA 22207


Jennifer Lynch
5817 22nd St. N.
Arlington, VA 22205


Jesse Scaduto
2024 N. Woodstock St.
Arlington, VA 22207
```

Jiffy John
1320 Marblewood Ave.
Capitol Heights, MD 20743


Jimmy's Septic L.L.C.
5922 Sunderleigh Dr.
Sunderland, MD 20689


Josh & Kate Wellner
876 N. Kensington St.
Arlington, VA 22207


Karl Timothy vanVonno
2006 Pony Island Ln.
Berlin, MD 21811


Kristopher Klaich
441 2nd St. E
Washington, DC 20003


Law Office Pucin & Friedland
1699 E. Woodfield Rd.
Schaumburg, IL 60173


Matt & Christine Wagner
130 S. Abington St.
Arlington, VA 22204


Michael & Sara Grawe
5721 5th St. N.
Arlington, VA 22205


Milton Jones, Esq.
Executive Law Partners
4000 Legato Rd., Suite 1100
Fairfax, VA 22033


Ming Yun Zhao
22 Arden St.
Berlin, MD 21811


Mt. Everest Engineering, LLC
7520 Diplomat Dr., Suite 201
Manassas, VA 20109

```
Nissan Motor Acceptance
P.O. Box 660366
Dallas, TX 75266-0366


Paintworx
45687 Elmwood Ct.
Sterling, VA 20166


Pepco
P.O. Box 13608
Philadelphia, PA 19101


Pesner Altmiller et al.
Attn: Leonard C. Tengco, Esq.
7926 Jones Branch Dr., #930
Tysons Corner, VA 22102


Pesner Altmiller et al.
Attn: John C. Altmiller, Esq.
7926 Jones Branch Dr., #930
McLean, VA 22102


Ralph & Danna Walls
11109 Riverview Rd.
Fort Washington, MD 20744


Rathbun Bateman P.C.
Attn: Daniel M. Rathbun, Esq.
10427 North St., Suite 200
Fairfax, VA 22030


Ray Desautels
3800 Nellie Custis Dr.
Arlington, VA 22207


Reade Bush
5849 N. 21st St.
Arlington, VA 22205


Rich & Wendy McNally
507 N. Monroe St.
Arlington, VA 22201
```

Richard Sissman, Esq.
600 Jefferson Plaza, #308
Rockville, MD 20852


Rickart Collection Systems
575 Milltown Rd.
P.O. Box 7242
North Brunswick, NJ 08902


Robert Mitchell
5946 10th Rd. N.
Arlington, VA 22205


Robert Munier
743 N. Albermale St.
Arlington, VA 22203


Roy & Danielle Stephan
2501 Bright Wood Dr.
Dunn Loring, VA 22027


Salvatore & Natalie D'Itri
221-217 N. Galveston St.
Arlington, VA 22203


Small Business Administration
14925 Kingsport Rd.
Fort Worth, TX 76155-2243


SMECO
P.O. Box 62261
Baltimore, MD 21264-2261


Steve Maccines
1719 S. George Mason Dr.
Arlington, VA 22204


Steven Krieger Law, PLLC
Attn: Steven A. Krieger, Esq.
2200 Wilson Blvd., Suite 102
Arlington, VA 22201


T-Mobile
P.O. Box 37380
Albuquerque, NM 87176-7380

The Geller Law Group, PLLC
Attn: Lauren Jancuska, Esq.
4000 Legato Rd., Suite 1100
Fairfax, VA 22033


Thomas & Ellen Boyd
5706 6th St. N.
Arlington, VA 22205


Tyler Papanicolas
4881 Wheatstone Dr.
Fairfax, VA 22032


Waypoint Cabinets/American
3102 Shawnee Dr.
Winchester, VA 22601


Wesley Smiler
2016 N. Adams St., Apt. 802
Arlington, VA 22201


Wesley Smiler
950 Vine St.
Aspen, CO 81611


Zwicker & Associates, P.C.
80 Minuteman Rd.
Andover, MA 01810

# United States Bankruptcy Court
## Eastern District of Virginia

In re  VP Construction, LLC

Debtor(s)

Case No.

Chapter  11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  VP Construction, LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

December 17, 2020

Date

/s/ Steven B. Ramsdell,
Steven B. Ramsdell, 33222
Signature of Attorney or Litigant
Counsel for  VP Construction, LLC
Tyler, Bartl & Ramsdell, PLC
300 N. Washington St.
Suite 310
Alexandria, VA 22314
(703) 549-5000 Fax:(703) 549-5011